

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00217-CV

| | | |
|---|---|---|
| EAN HOLDINGS, LLC, Appellant | § | On Appeal from the 96th District Court |
| | § | of Tarrant County (096-291839-17) |
| V. | § | October 14, 2021 |
| | § | Opinion by Chief Justice Sudderth |
| GUILLERMO ARCE, Appellee | § | Dissenting Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and we render judgment that Appellee Guillermo Arce take nothing.

It is further ordered that Appellee Guillermo Arce shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Bonnie Sudderth_____
    Chief Justice Bonnie Sudderth